**No. 65861.**—Charles R. Gracie & Sons, Inc. *v.* United States, protest 60/25272 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 28, 1961

**No. 65862.**—James Betesh Import Co. et al. *v.* United States, protests 60/8339, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of earthenware eggcups similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (46 Cust. Ct. 8, C.D. 2226), the claim of the plaintiffs was sustained.

**No. 65863.**—Mahana Importing Co. *v.* United States, protest 60/27236 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.